

PLLC

| | | |
|---|---|---|
| Stevan H. LaBonte<br>Christine M. Staiano<br>Scott H. Mandel<br>Samantha Stanciu<br>Daniel Friedman | 333 Jericho Turnpike., Suite 200<br>Jericho, NY 11753<br>T: 516-280-8580 • F: 631-794-2434<br>www.LaBonteLawGroup.com | *of Counsel:*<br>Michael R. Freeda<br>Giulia Palermo<br>Richard D. Simon<br>Vivian Sobers |

October 31, 2022

**Via ECF**
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>	Re:	Aranias v. SMG Automotive Holdings LLC et al.
>		Civ. Case No. 1:22-cv-04510-RLM

Dear Magistrate Judge Mann,

  This firm represents defendants (with the exception of one Jane Doe). Pursuant to this Court's Scheduling Order dated October 19, 2022, the Initial Conference is set for November 3, 2022, with counsel directed to confer and fill out the Court's scheduling questionnaire.

  Unfortunately, the undersigned was out of the office all of last week due to a respiratory illness that made work impossible (starting on October 25, 2022). As a result, on consent of Plaintiff's counsel, the parties request that the initial conference be adjourned for just a few short weeks. The parties propose November 14 or 15 (before 4:00 pm), or November 16-18.

  This will allow sufficient time for the undersigned to further consult with defendants, and complete the scheduling questionnaire after additional review of the facts and relevant law. Thank you for your continued consideration and courtesy in this matter.

>	Respectfully submitted,
>	LABONTE LAW GROUP PLLC


>	By:	    /s/ Scott H. Mandel    
>		Scott H. Mandel