# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

November 1, 2022

**VIA ECF**  
Magistrate Judge Roanne L. Mann  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

      **Re:**    Consent Request for Extension of Time to Serve Defendants  
              *Aranias v. SMG Automotive Holdings LLC, et al.,* **Case 1:22-cv-04510-RLM**

Dear Judge Mann:

      The undersigned represents Eliyahu Aranias concerning the above captioned lawsuit in the Eastern District of New York Court for violations of the Fair Credit Reporting Act (FCRA) and related state law.

      Defendants argue in their Answer [Dkt. No. 13, ¶ 145] that they were not properly served. Plaintiff disputes this. However, in the interest of avoiding the accrual of costs, Plaintiff has attempted to resolve this issue with Defendants without serving Defendants again, such as by stipulation. Unfortunately Defendants have not yet entered into such a stipulation, and today is the deadline for Defendants to be served.

      Accordingly, to preserve his rights, Plaintiff requests an extension of 30 days to, as necessary, serve process on Defendants again, from November 1, 2022 to December 1, 2022. Defendants have consented to this request.

      Respectfully,  
      /s/  
      Emma Caterine, Esq.