UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
**ELIYAHU ARANIAS,**

                                                Case No.: 1:22-cv-4510 -BMC

                   **Plaintiff,**

    -against-

**SMG AUTOMOTIVE HOLDINGS LLC d/b/a
BROOKLYN CHRYSLER JEEP DODGE RAM,
ZACHARY SCHWEBEL,
CHRYSLER CAPITAL LLC, and
JOHN DOES 1 – 6,**

                 **Defendants.**
-----------------------------------------------------------------------X

### STIPULATION TO FILING AMENDED COMPLAINT PURSUANT TO Fed.R.Civ.P. 15(A)(2)

Pursuant to Fed.R.Civ.P. 15(a)(2) the parties stipulate:

1. Pursuant to Fed.R.Civ.P. 15(a)(2) Defendants consent to Plaintiff filing the First Amended Complaint attached to this stipulation (without exhibits).

2. For convenience of the parties and the Court, attached is a red-lined version of the First Amended Complaint comparing it with the Original Complaint.

3. Plaintiff contends the First Amended Complaint, *inter alia*, substitutes the names of current and former dealership employees as the "John Does" referenced in the Original Complaint, removes claims for Defamation and Invasion of Privacy/False Light, and add a claim under NY GBL § 380-s regarding identity theft.

4. Defendants reserve all rights to move against the First Amended Complaint.

5. Plaintiff consents to Defendants SMG Automotive Holdings LLC d/b/a Brooklyn Chrysler Jeep Dodge Ram, Zachary Schwebel and Chrysler Capital LLC having 30 days from Court granting leave for Plaintiff to file the First Amended Complaint to Answer or move against the First Amended Complaint.

**THE LAW OFFICE OF AHMAD KESHAVARZ**

    /s/
By:_____                 Dated: <u>February 21, 2023</u>
  Ahmad Keshavarz, Esquire
  Emma Caterine, Esquire
*Attorneys for Plaintiff*

1

**LABONTE LAW GROUP, PLLC**

      **/S/**
By:_____          Dated: <u>February 21, 2023</u>
Scott H. Mandel, Esq.
LaBonte Law Group, PLLC
*Attorneys for Defendants SMG Automotive Holdings LLC d/b/a*
*Brooklyn Chrysler Jeep Dodge Ram, Zachary Schwebel, And Chrysler Capital LLC*