AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____   **District of**   _____New York_____

| | |
|---|---|
| Aranias<br><div align="right">Plaintiff (s),</div> | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |
| V. | |
| SMG Automotive Holdings LLC et al<br><div align="right">Defendant (s),</div> | **CASE NUMBER:**  1:2022cv04510 |

Notice is hereby given that, subject to approval by the court, _Chrysler Capital LLC_ substitutes
<div align="center">(Party (s) Name)</div>

_Stevan H. LaBonte_ , State Bar No. _4310207_ as counsel of record in
<div align="center">(Name of New Attorney)</div>

place of _Scott H. Mandel_ .
<div align="center">(Name of Attorney (s) Withdrawing Appearance)</div>

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LaBonte Law Group, PLLC |
| Address: | 333 Jericho Turnpike, Jericho, St. 200, NY 11753 |
| Telephone: | (516) 280-8580          Facsimile (631) 794-2434 |
| E-Mail (Optional): | slabonte@labontelawgroup.com |

I consent to the above substitution.

Date: ___4/10/23___                  _Robert Drexer_
<div align="right">(Signature of Party (s))</div>

I consent to being substituted.

Date: ___6/27/23___                  _Scott H. Mandel_
<div align="right">(Signature of Former Attorney (s))</div>

I consent to the above substitution.

Date: ___4/14/22___                  _Steven LaBonte_
<div align="right">(Signature of New Attorney)</div>

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                  _____
<div align="right">Judge</div>

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**