AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Aranias

Plaintiff (s),

V.

SMG Automotive Holdings LLC et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:2022cv04510

Notice is hereby given that, subject to approval by the court, __Blanca Garcia__ substitutes
(Party (s) Name)

__Stevan H. LaBonte__, State Bar No. __4310207__ as counsel of record in
(Name of New Attorney)

place of __Scott H. Mandel__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LaBonte Law Group, PLLC
Address: 333 Jericho Turnpike, Jericho, St. 200, NY 11753
Telephone: (516) 280-8580   Facsimile (631) 794-2434
E-Mail (Optional): slabonte@labontelawgroup.com

I consent to the above substitution.
Date: 4/14/2023

_(Signature of Party (s))_

I consent to being substituted.
Date: 6/27/23

Scott H Mandel
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 4/14/2023

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]