AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Aranias

Plaintiff(s),

V.

SMG Automotive Holdings LLC et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:2022cv04510

Notice is hereby given that, subject to approval by the court, __Zachary Schwebel__ (Party(s) Name) substitutes __Stevan H. LaBonte__ (Name of New Attorney), State Bar No. __4310207__ as counsel of record in place of __Scott H. Mandel__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: LaBonte Law Group, PLLC
- Address: 333 Jericho Turnpike, Jericho, St. 200, NY 11753
- Telephone: (516) 280-8580     Facsimile: (631) 794-2434
- E-Mail (Optional): slabonte@labontelawgroup.com

I consent to the above substitution.
Date: 4/14/2023
(Signature of Party(s))

I consent to being substituted.
Date: 6/27/23
Scott H. Mandel
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/14/2023
Stevan LaBonte
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]