◆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of New York

Aranias
Plaintiff (s),
v.
SMG Automotive Holdings LLC et al
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:2022cv04510

Notice is hereby given that, subject to approval by the court, Melissa Swiggers substitutes
(Party (s) Name)

Stevan H. LaBonte , State Bar No. 4310207 as counsel of record in
(Name of New Attorney)

place of Scott H. Mandel .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LaBonte Law Group, PLLC
Address: 333 Jericho Turnpike, Jericho, St. 200, NY 11753
Telephone: (516) 280-8580   Facsimile (631) 794-2434
E-Mail (Optional): slabonte@labontelawgroup.com

I consent to the above substitution.
Date: 4/14/23
(Signature of Party (s))

I consent to being substituted.
Date: 6/27/23
Scott H. Mandel
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/14/23
Stevan
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]