UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIYAHU ARANIAS,

                                         Case No.: 1:22-cv-4510 -PK

                  Plaintiff,

       -against-

SMG AUTOMOTIVE HOLDINGS LLC d/b/a
BROOKLYN CHRYSLER JEEP DODGE RAM,
ZACHARY SCHWEBEL,
SANTANDER CONSUMER USA INC.
d/b/a CHRYSLER CAPITAL,
TAFAWA LEE,
TIFFANY LEV,
BRYANT QUINTANA,
JIMMY CALLE,
TEMPLE HYMAN,
MELISSA SWIGGER,
BLANCA GARCIA, and
RICHARD CAPPETTA,

                  Defendants.
------------------------------------------------------------------X

*CORRECTED* Revised Stipulation Regarding Mediation, and Request to So Order the Same

     Because of an inadvertent miscalendaring of dates, the Parties respectfully withdraw their August 31, 2023 Joint Motion for Extension of Time to File Regarding Mediation, and Request to So-Order [Dkt. No. 74], and propose the following in its place.

1. The Parties adjourn the September 28, 2023 tentative mediation date due to scheduling issues. (*See* August 21, 2023 ECF entry).

2. The parties set November 2, 2023 as the new mediation date.

3. As previously stipulated in Dkt. 61:

    a. The Parties agree to mediation before mediator Joseph DiBenedetto. The Parties agree to comply with any mediation requirements of Mr. DiBenedetto including as to attendance and settlement authority.

    b. Plaintiff shall make a settlement demand no later than 3 weeks prior to the date of the mediation.

4. The deadline to complete mediation is extended from October 20, 2023 to November 17, 2023. The additional 15 days between the date for the agreed mediation and the date for the mediation cut off is in the event there is a last minute scheduling issue they do not need to burden that Court again regarding the same.

     The Parties request the Court so order this modification to the mediation deadline that was last set in the August 21, 2023 ECF Order.

1

AGREED

**Plaintiff Eliyahu Aranias**

By: __/s/ Ahmad Keshavarz__   Dated: 09/08/2023
    Ahmad Keshavarz
    The Law Office of Ahmad Keshavarz


**Defendants Santander Consumer USA Inc. d/b/a Chrysler Capital, Tafawa Lee, Bryant Quintana, Jimmy Calle, Temple Hyman, Melissa Swigger, Blanca Garcia, and Richard**

By: _[signature]_   Dated: _____
    Michael Gould, Esq.
    LaBonte Law Group, PLLC


**Defendants SMG Automotive Holdings LLC d/b/a/ Brooklyn Chrysler Jeep Dodge Ram ("SMG"), Zachary Schwebel,**

By: _Christian McGannon_   Dated: 9/8/2023
    Christian McGannon
    Lewis Brisbois Bisgaard & Smith LLP


**Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital**

By: _____   Dated: _____
    Robert J. Brener
    Duane Morris LLP

**AGREED**

**Plaintiff Eliyahu Aranias**

By:_____   Dated: _____
   Ahmad Keshavarz
   The Law Office of Ahmad Keshavarz


**Defendants Santander Consumer USA Inc. d/b/a Chrysler Capital, Tafawa Lee, Bryant Quintana, Jimmy Calle, Temple Hyman, Melissa Swigger, Blanca Garcia, and Richard Cappetta**

By:_____   Dated: _____
   Michael Gould, Esq.
   LaBonte Law Group, PLLC


**Defendants SMG Automotive Holdings LLC d/b/a/ Brooklyn Chrysler Jeep Dodge Ram ("SMG"), Zachary Schwebel,**

By:_____   Dated: _____
   Christian McGannon
   Lewis Brisbois Bisgaard & Smith LLP


**Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital**

By: *Robert J. Brener*      Dated: 9/8/23  _____
   Robert J. Brener
   Duane Morris LLP